THE UNITED ELECTRIC LIGHT AND POWER COMPANY, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

First Department, July 13, 1909.

See head note in *N. Y. Edison Co. v. City of N. Y., Borough of Manhattan* (*ante,* p. 728).

APPEAL by the defendant, The City of New York, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 7th day of April, 1909, denying a motion for an inspection and discovery.

*Austen G. Fox,* for the appellant.

*Henry J. Hemmens,* for the respondent.

McLAUGHLIN, J.:

For the reasons stated in the opinion in *New York Edison Co. v. City of New York, Borough of Manhattan,* (133 App. Div. 728), the order here appealed from should be reversed, with ten dollars costs and disbursements, and the motion granted to the extent indicated in the opinion, with ten dollars costs.

INGRAHAM, LAUGHLIN, CLARKE and HOUGHTON, JJ., concurred.

Order reversed, with ten dollars costs and disbursements, and motion granted to the extent stated in opinion. Settle order on notice.